AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Hyles, M. Stephen | **2. Court or Organization**<br><br>United States District Court, Middle District of Georgia | **3. Date of Report**<br><br>05/13/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
United States Post Office and Courthouse
120 12th Street
Columbus, GA 31902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Muscogee County School District - Salary |
| 2. | 2013 | Greystone Properties - Salary |
| 3. | 2013 | Morgan Stanley Smith Barney, LLC - IRA Distribution |
| 4. | 2013 | Teachers Retirement System of Georgia - Retirement |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | VISA | Credit Card | J |
| 3. | Columbus Bank & Trust Company | Loan. Associated with VII, Line 1. | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel, Muscogee County, Georgia, 1/2 undivided interest | | None | | | Sold | 06/21/13 | L | A | Stacey Jackson |
| 2. Columbus Bank & Trust Account | | None | K | T | | | | | |
| 3. IRA #1 | B | Int./Div. | L | T | | | | | |
| 4. - Citibank NA Bank Deposit Program | | | | | | | | | |
| 5. - General Electric Co (common) | | | | | | | | | |
| 6. - Synovus Financial Corp (common) | | | | | | | | | |
| 7. - Total System Services Inc (common) | | | | | | | | | |
| 8. - American Fund American Balanced Fund Cl C (BALCX) | | | | | | | | | |
| 9. - American Fund American Balanced F1 (BALFX) | | | | | | | | | |
| 10. - Calamos Growth Fund Cl A (CVGRX) | | | | | | | | | |
| 11. - American Fund Capital Income Builder Fund Cl C (CIBCX) | | | | | | | | | |
| 12. - First Eagle Global Fund Cl C (FESGX) | | | | | | | | | |
| 13. - Legg Mason OPPort Tr Cl C (LMOPX) | | | | | | | | | |
| 14. - Legg Mason Clearbridge Fundamental All Cap Cl C (SFVCX) | | | | | | | | | |
| 15. - Olstein All Cap Value Fund Cl C (OFALX) | | | | | | | | | |
| 16. IRA #2 | A | Int./Div. | K | T | | | | | |
| 17. - Citibank NA South Dakota Bank Deposit Program | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - AFLAC Inc (common) | | | | | Sold | 05/21/13 | J | B | |
| 19. - AT&T Inc (common) | | | | | Sold | 10/10/13 | J | A | |
| 20. - General Electric (common) | | | | | Sold | 10/10/13 | J | A | |
| 21. - Illinois Tool Works Inc (common) | | | | | Sold | 05/21/13 | J | A | |
| 22. - Johnson & Johnson (common) | | | | | Sold | 05/21/13 | J | A | |
| 23. - Charles Schwab New Corp (common) | | | | | Sold | 02/07/13 | J | A | |
| 24. - Duke Energy Corp New (common) | | | | | Sold | 10/10/13 | J | A | |
| 25. - Verizon Communications (common) | | | | | Sold | 10/10/13 | J | A | |
| 26. Path2College 529 Plan #1, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 01/02/13 | J | | |
| 27. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 28. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 29. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 30. Path2College 529 Plan #2, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 01/02/13 | J | | |
| 31. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 32. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 33. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 34. Path2College 529 Plan #3, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 36. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 37. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 38. Path2College 529 Plan #4, Managed Allocation. No Control | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 39. | | | | | Buy (add'l) | 11/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Liabilities. Line 3, promissory note with Columbus Bank and Trust Company. Judge Hyles was released from the promissory note in June 2013 when the property described in Part VII, Line 1 was sold.

Part VII. Investments and Trusts. Lines 26 through 39, Path2College529 Plans. These four 529 Plans are set up where Judge and _____ have no control as far as what the plans invest in. Note that a fourth 529 plan was purchased in 2013 and all four plans had additional contributions.

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **M. Stephen Hyles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544